THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHANEL, INC., a New York corporation, and FAMOUS STARS and STRAPS, INC., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>ENS JEWELRY, INC., a New Jersey corporation, et al.<br><br>Defendants. | Case No. 08-2005 (JAG)<br><br>**STIPULATED CONSENT PRELIMINARY INJUNCTION AND ORDER CONFIRMING SEIZURE**<br><br>**FILED UNDER SEAL** |

WHEREAS, this action having been commenced by the Plaintiffs, Chanel, Inc. ("Chanel") and Famous Stars and Straps, Inc. ("Famous")(collectively the "Plaintiffs") against the Defendants ENS Jewelry, Inc., a New Jersey corporation, d/b/a Ens Jewelry d/b/a Four Season Beauty, Inc.; Jung Lee a/k/a Shannen Lee, an individual, d/b/a ENS Jewelry d/b/a Four Season Beauty, Inc. (collectively the "ENS Defendants"), alleging *inter alia*, trademark counterfeiting and trademark infringement, and false designation of origin and a copy of the Summonses, Complaint, Temporary Restraining Order and Seizure Order and supporting papers having been served upon each of the ENS Defendants:

IT IS STIPULATED, ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction of the subject matter of all counts of this action and over all of the named parties hereto.

2. Chanel is the owner of the following trademarks (the "Chanel Marks") in connection with costume jewelry products, necklaces, earrings, bracelets, pendants, and rings:

1

| Mark | Reg. No. | Reg. Date |
|---|---|---|
| CHANEL | 0,612,169 | September 13, 1955 |
| CHANEL | 0,902,190 | November 10, 1970 |
| CC MONOGRAM | 1,501,898 | August 30, 1988 |
| CHANEL | 3,133,139 | August 22, 2006 |

3. Famous is the owner of the following trademarks (the "Famous Marks") in connection with belt buckles:

| Mark | Registration No. | Registration Date |
|---|---|---|
| FAMOUS STARS & STRAPS | 2,675,218 | January 14, 2003 |
|  | 2,704,738 | April 8, 2003 |

4. Defendants and their respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with them are hereby restrained and enjoined, pending termination of this action from, intentionally and/or knowingly:

    A. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods; bearing either the Chanel Marks and/or Famous Marks;

    B. using either the Chanel Marks and/or Famous Marks in connection with the sale of any unauthorized goods;

2

C. using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with either of the Plaintiffs;

D. in connection with its past sales of the allegedly counterfeit goods at issue; the ENS Defendants always notified their customers that they were selling imitation Chanel products; and with regard to the Famous Marks, the ENS Defendants claim they were unaware of the Famous Marks. Plaintiffs, however, have no knowledge regarding the ENS Defendants' claim and therefore make no stipulation as to that point;

E. in connection with its past sales of the allegedly counterfeit goods at issue; the ENS Defendants always notified their customers that they were selling imitation Chanel products; and with regard to the Famous Marks, the ENS Defendants claim they were unaware of the Famous Marks. Plaintiffs, however, have no knowledge regarding the ENS Defendants' claim and therefore make no stipulation as to that point;

F. using any reproduction, counterfeit, copy, or colorable imitation of either the Chanel Marks and/or Famous Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by the Defendants, including, without limitation, costume jewelry, necklaces, earrings, bracelets, pendants and rings, and/or belt buckles;

G. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or

represent Defendants' goods as being those of the Plaintiffs, or in any way endorsed by either of the Plaintiffs;

H. offering such goods in commerce; and from otherwise unfairly competing with the Plaintiffs.

I. secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe either the Chanel Marks and/or Famous Marks; and

J. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (A) through (I).

4. The $25,000.00 bond posted by the Plaintiffs in compliance with the Order To Show Cause shall be released.

5. The seizure effectuated on April 28, 2008 pursuant to this Court's Order is hereby confirmed.

SO STIPULATED:
**Plaintiffs:** Chanel, Inc. and
Famous Stars and Straps, Inc.
By their Attorney:

PINILIS HALPERN, LLP
160 Morris Street
Morristown, New Jersey 07960
Tel: (973) 401-1111
Fax: (973) 401-1114

Dated: 5/1/08

Gabriel Halpern

4

**Defendant:** ENS Jewelry, Inc., a New Jersey corporation,
d/b/a Ens Jewelry d/b/a Four Season Beauty, Inc.

Dated: 5/1/08

Printed Name: Eric Kim
Title: Manager
9 Bakers Court
Clifton, New Jersey

**Defendant:** Jung Lee a/k/a Shannen Lee, an individual
d/b/a ENS Jewelry d/b/a Four Season Beauty, Inc.

Shannen Lee
9 Bakers Court
Clifton, New Jersey

SO ORDERED this 6th day of May, 2008.

UNITED STATES DISTRICT JUDGE

Copies furnished to:
All parties of record

5